United States District Court
Southern District of Texas
**ENTERED**
March 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PALO R., § | |
| § | |
| *Plaintiff,* § | |
| VS. § | CIVIL ACTION NO. 4:22-cv-01962 |
| § | |
| MARTIN O'MALLEY, § | |
| **Acting Commissioner of Society Security,** § | |
| § | |
| *Defendant.* | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is Plaintiff Palo R.'s ("Plaintiff's") Motion for Attorney's Fees and Costs. ECF No. 14. The Motion was referred to Magistrate Judge Dena Hanovice Palermo for a report and recommendation. On March 1, 2024, Judge Palermo issued a Report and Recommendation, which recommended that Plaintiff's Motion should be granted. ECF No. 18. The deadline for filing objections passed on March 15, 2024, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Plaintiff's Motion for Attorney's Fees and Costs is **GRANTED**. Plaintiff is awarded $8,158.59 in attorney's fees and $402.00 reimbursable costs from the Judgment Fund.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 18th of March, 2024.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE